NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN B. CORR AND JOHN W. GRIGSBY,**
*Plaintiffs-Appellants,*

v.

**METROPOLITAN WASHINGTON AIRPORTS AUTHORITY,**
*Defendant-Appellee.*

---

2011-1501

---

Appeal from the United States District Court for the Eastern District of Virginia in case no. 11-CV-0389, Judge Anthony J. Trenga.

---

## ON MOTION

---

## ORDER

Metropolitan Washington Airports Authority (MWAA) moves to dismiss or transfer John B. Corr and John W. Grigsby's appeal for lack of jurisdiction. Corr and Grigsby oppose. MWAA replies.

We deem it the better course to deny the motion and for MWAA to raise its jurisdictional arguments in its brief.

Accordingly,

IT IS ORDERED THAT:

The motion is denied without prejudice. The appellants' opening brief is due within 40 days of the date of filing of this order.

FOR THE COURT

**DEC 0 9 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Robert J. Cynkar, Esq.
     Stuart A. Raphael, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 9 2011

JAN HORBALY
CLERK